**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6436**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

JUAN CARLOS BARRAGAN, a/k/a Kora, a/k/a Quarta,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:03-cr-00231-GCM-DCK-1)

Submitted:  August 24, 2021                      Decided:  August 27, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Juan Carlos Barragan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Carlos Barragan appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Upon review of the record, we conclude that the district court did not abuse its discretion in denying the motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Barragan*, No. 3:03-cr-00231-GCM-DCK-1 (W.D.N.C. Mar. 8, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*